**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LORRAINE C. THOMPSON., | ) | Civil Action No: 5:25-cv-01664-ECC-DJS |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | |
| *Defendant*. | ) | Stipulation – Document Filed Electronically |

### Parties' Stipulation for Remand and Order

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Commissioner to offer the claimant the opportunity for a hearing, take any further actions necessary to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.


Respectfully Submitted,

| | |
|---|---|
| Frank Bisignano, | Lorraine C. Thompson, |
| Commissioner of | |
| Social Security, | |
| | |
| By His Attorneys, | By Her Attorney, |
| | |
| TODD BLANCHE | |
| Deputy Attorney General | |
| | |
| JOHN A. SARCONE, III, | JUSTIN M. GOLDSTEIN, ESQ. |
| First Assistant U.S. Attorney | |

1

/s/ Geoffrey M. Peters
Geoffrey M. Peters
Special Assistant United States Attorney
NDNY Bar Roll No. 704027
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-1298
Geoffrey.Peters@ssa.gov

/s/ Justin M. Goldstein [1]
Hiller Comerford Injury &
Disability Law
6000 N. Bailey Ave., Suite 1A
Amherst, NY 14226
716-654-3288
jgoldstein@hillercomerford.com

**IT IS SO ORDERED:**

Elizabeth C. Coombe
U.S. District Judge

**Dated:** ___March 5, 2026___
          Syracuse, NY

---

[1] Signed by SAUSA Peters on counsel's behalf with consent obtained via email.